IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARC RONALD LEITHA,

                                                  JUDGMENT IN A CIVIL CASE

      Plaintiff,

                                                  14-cv-442-wmc

v.

BANK OF AMERICA, N.A. and
BLOMMER PETERMAN S.C.,

      Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) denying plaintiff's motion for temporary restraining order and/or preliminary injunction; and

      (2) granting Bank of America, N.A. and Blommer Peterman S.C.'s motions to dismiss and dismissing this case.

| /s/ | 3/30/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |